THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* MICHAEL J. WALSH, Acting Comptroller of the State of New York, et al., Respondents. (Fox Ridge Case.)

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Walsh,* 159 App. Div. 932, modified.

(Argued February 27, 1914; decided April 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

January 7, 1914, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel audit of a certain claim of the relator and the conveyance to it of certain interests in barge canal lands.

*H. Le Roy Austin* for appellant.

*Thomas Carmody, Attorney-General (Edward J. Mone* of counsel), for respondents.

Order of Appellate Division reversed and order of Special Term modified as indicated in opinion of COLLIN, J., in the *Sterling Creek* case (*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Walsh,* 211 N. Y. 90), decided herewith, and as modified affirmed, without costs to either party.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and MILLER, JJ. Dissenting: HOGAN, J.